UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Misael Martinez-Ramires,<br><br>                              Petitioner,<br><br>        -against-<br><br>Pamela Bondi et al.,<br><br>                              Respondents. | 26-CV-1594 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The government has conceded that "the relevant facts of this case—as they concern ICE's statutory authority to detain Petitioner—are materially indistinguishable from those in *J.G.O.*," Dkt. 9. *See J.G.O. v. Francis*, 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025).

The Court stands by its decision in *J.G.O.*, along with its decisions in *Tall v. Joyce* and *Landaverde v. Genalo*. *See Tall v. Joyce*, 2025 WL 3718476 (S.D.N.Y. Dec. 23, 2025); *Landaverde v. Genalo*, 2026 WL 83951 (S.D.N.Y. Jan. 12, 2026). And the government has not argued that petitioner poses any danger to the community or any risk of flight. Accordingly, the Court orders that petitioner be released from immigration custody immediately.

Within 24 hours of this order, the government shall file a letter on the docket confirming petitioner's release. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: March 2, 2026
         New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge