**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSE MISAEL MARTINEZ-RAMIRES,

                      Petitioner,                26 **CIVIL** 1594 (AS)

      -against-                         **JUDGMENT**

PAMELA BONDI ET AL.,

                      Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 02, 2026, the petition is GRANTED. Accordingly, the Court orders that petitioner be released from immigration custody immediately and the case is closed.

**DATED:**  New York, New York
          April 17, 2026

                                **TAMMI M. HELLWIG**

                                _____

                                   **Clerk of Court**

                **BY:**

                                _____
                                 **Deputy Clerk**